**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
WESTERN DISTRICT OF TEXAS

Case number (*if known*): _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **COWBOY CLEANERS, LTD. DBA COWBOY CLEANERS, INC.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **74-1591011** |

| 4. | **Debtor's address** | **Principal place of business**<br><br>**11759 Blanco Rd.**<br>**San Antonio, TX 78216**<br>Number, Street, City, State & ZIP Code<br><br>**Bexar**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
|---|---|---|---|
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>■ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor **COWBOY CLEANERS, LTD. DBA COWBOY CLEANERS, INC.**
Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 2

Debtor **COWBOY CLEANERS, LTD. DBA COWBOY CLEANERS, INC.** Case number (*if known*)
Name

Debtor **COWBOY CLEANERS, LTD. DBA COWBOY CLEANERS, INC.**
Name

Case number (*if known*)

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **COWBOY CLEANERS, LTD. DBA COWBOY CLEANERS, INC.**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 8, 2020**
MM / DD / YYYY

X **/s/ Victoria Maisel**
Signature of authorized representative of debtor

**Victoria Maisel**
Printed name

Title **President**

**18. Signature of attorney**

X **/s/ James S. Wilkins**
Signature of attorney for debtor

Date **May 8, 2020**
MM / DD / YYYY

**James S. Wilkins 21486500**
Printed name

**James S. Wilkins, P.C.**
Firm name

**711 Navarro**
**Ste. 711**
**San Antonio, TX 78205**
Number, Street, City, State & ZIP Code

Contact phone **210-271-9212**  Email address **jwilkins@stic.net**

**21486500 TX**
Bar number and State

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **COWBOY CLEANERS, LTD. DBA COWBOY CLEANERS, INC.** | |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | ☐ Check if this is an amended filing |
| Case number (if known): | | |

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AAA Financial Services** P.O. Box 851001 Dallas, TX 75285-1001 | | | | | | $11,291.08 |
| **Albert Uresti Tax Assessor/Collector** P.O. Box 2903 San Antonio, TX 78299-2903 | | Laundry | | | | $4,798.72 |
| **Albert Uresti Tax Assessor/Collector** P.O. Box 2903 San Antonio, TX 78299-2903 | | #5 | | | | $3,998.29 |
| **Bank of America** P.O. Box 1575 Wilmington, DE 19886 | | | | | | $19,994.75 |
| **Bank of America** P.O. Box 15284 Wilmington, DE 19850 | | | | | | $11,494.22 |
| **Capital One** P.O. Box 60599 City of Industry, CA 91716-0599 | | | | | | $12,639.93 |
| **Capital One** P.O. Box 60599 City of Industry, CA 91716-0599 | | | | | | $29,641.71 |
| **Chase** P.O. Box 15123 Wilmington, DE 19850-5123 | | | | | | $42,458.34 |

Debtor **COWBOY CLEANERS, LTD. DBA COWBOY CLEANERS, INC.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Chase** P.O. Box 15123 Wilmington, DE 19850-5123 | | | | | | $25,691.36 |
| **Chase** P.O. Box 15123 Wilmington, DE 19850-5123 | | | | | | $11,705.31 |
| **Citibank - Business Card** P.O. Box 790046 Saint Louis, MO 63179-0046 | | | | | | $35,902.84 |
| **De Lage Landen Financial** P.O. Box 824018 Philadelphia, PA 19182-4018 | | | **Disputed** | | | $9,110.22 |
| **Discover** PO Box 29013 Phoenix, AZ 85038-9013 | | | | | | $5,261.12 |
| **Fabri Clean** 9770 West Wingfoot Dr. Houston, TX 77041 | | | | | | $42,884.77 |
| **Jefferson Bank** PO Box 5190 San Antonio, TX | | | **Contingent** | | | $204,600.00 |
| **Leaf Capital Funding, LLC** 8100 Sandpiper Circle Ste. 300 Nottingham, MD 21236 | | Water Heater | | $14,076.00 | $7,000.00 | $7,076.00 |
| **Mustang Ent.** 1238 W. Laurel San Antonio, TX 78201-6341 | | | | | | $3,607.39 |
| **Sam's Club** P.O. Box 530981 Atlanta, GA 30353-0981 | | | | | | $10,225.59 |
| **State Comptroller of Public Accounts** | | | | | | $6,585.46 |
| **Valero Marketing** P.O. Box 300 Amarillo, TX 79105-0300 | | | | | | $11,325.53 |

# United States Bankruptcy Court
### Western District of Texas

In re    **COWBOY CLEANERS, LTD. DBA COWBOY CLEANERS, INC.**      Case No. _____
                                                                                                           Debtor(s)      Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 8, 2020**                                **/s/ Victoria Maisel**
                                                                           **Victoria Maisel**/**President**
                                                                           Signer/Title

AAA Financial Services
P.O. Box 851001
Dallas, TX 75285-1001

ADT/PROTECTION ONE
PO BOX 219044
Kansas City, MO 64121-9044

AFLAC
1932 Wynnton Road
Columbus, GA 31990

Albert Uresti Tax Assessor/Collector
P.O. Box 2903
San Antonio, TX 78299-2903

ALLY FINANCIAL
PO BOX 8143
Lutherville Timonium, MD 21093

Ameriplan Corp
5000 Legacy
Ste. 300
Plano, TX

Bank of America
P.O. Box 15284
Wilmington, DE 19850

Bank of America
P.O. Box 1575
Wilmington, DE 19886

Capital One
P.O. Box 60599
City of Industry, CA 91716-0599

Chase
P.O. Box 15123
Wilmington, DE 19850-5123

Citibank - Business Card
P.O. Box 790046
Saint Louis, MO 63179-0046

```
Colonial Life
P.O. Box 903
Columbia, SC 29202-0903


David Equity Mangement
c/o Foresite Real Estate
1141 N. Loop 410
78232


De Lage Landen Financial
P.O. Box 824018
Philadelphia, PA 19182-4018


Dex YP
P.O. Box 619009
Dallas, TX 75261-9009


Discover
PO Box 29013
Phoenix, AZ 85038-9013


Fabri Clean
9770 West Wingfoot Dr.
Houston, TX 77041


Headline Computers
8002 S. Presa
San Antonio, TX 78223


Home Depot
P.O. Box 790420
Saint Louis, MO 63179


IPFS Corp.
3522 Thomasville Rd., Suite 400
Tallahassee, FL 32309


Jefferson Bank
PO Box 5190
San Antonio, TX


Leaf Capital Funding, LLC
8100 Sandpiper Circle
Ste. 300
Nottingham, MD 21236
```

Maisel, Margaret
1402 Fortune Hill
San Antonio, TX 78258

Mardon Corp.
11759 Blanco
San Antonio, TX 78216

Multicopy Printing Co., Inc.
516 New Laredo Hwy.
San Antonio, TX 78211

Mustang Ent.
1238 W. Laurel
San Antonio, TX 78201-6341

Oakgate Shopping Center
525 Callaghan Road
San Antonio, TX 78228

Painted Post Ventures, Inc.
111 Painted Post Lane
San Antonio, TX 78231

Perdernales Electric Cooperative, Inc.
P.O. Box 1
Johnson City, TX 78636

Pitney Bowes
P.O. Box 371887
Pittsburgh, PA 15250

Purchase Power
P.O. Box 371847
Pittsburg, PA

Readyfresh
P.O. Box 856680
Louisville, KY 40285

Sam's Club
P.O. Box 530981
Atlanta, GA 30353-0981

```
Sankey Equipt
4331 Milling Rd.
San Antonio, TX 78219


Simms Leather
9623 Hillcroft St.
Houston, TX 77096


Spectrum
P.O. Box 60074
City of Industry, CA


Sprint
P.O. Box 219554
Kansas City, MO 64121


State Comptroller of Public Accounts



TD AUTO FINANCE
P.O. BOX 16035
Lewiston, ME 04243


Valero Marketing
P.O. Box 300
Amarillo, TX 79105-0300


Winham Professional Service
382 Main Street
Salem, NH 03079-2412
```